Priority
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | ED 07-148 M |
| v. | ) | ORDER OF DETENTION AFTER HEARING |
| CUITLAHUAC MARIN-HERNANDEZ, | ) | (18 U.S.C. § 3142(i)) |
| Defendant. | ) | |

I.

A. ( ) On motion of the Government involving an alleged

    1. ( ) crime of violence;

    2. ( ) offense with maximum sentence of life imprisonment or death;

    3. ( ) narcotics or controlled substance offense with maximum sentence of ten or more years (21 U.S.C. §§ 801,/951, et. seq..,/955a);

    4. ( ) felony - defendant convicted of two or more prior offenses described above.

B. On motion (✓)(by the Government) / ( ) (by the Court sua sponte involving)

    1. (✓) serious risk defendant will flee;

    2. ( ) serious risk defendant will

        a. ( ) obstruct or attempt to obstruct justice;

        b. ( ) threaten, injure, or intimidate a prospective witness or juror or attempt to do so.

///

1         II.

2    The Court finds no condition or combination of conditions will reasonably assure:

3        A. (✓) appearance of defendant as required; and/or

4        B. (✓) safety of any person or the community;

5         III.

6    The Court has considered:

7        A. (✓) the nature and circumstances of the offense;

8        B. (✓) the weight of evidence against the defendant;

9        C. (✓) the history and characteristics of the defendant;

10       D. (✓) the nature and seriousness of the danger to any person or to the community.

11        IV.

12   The Court concludes:

13       A. (✓) Defendant poses a risk to the safety of other persons or the community because:

14   _of his criminal record._

15   _____

16   _____

17   _____

18   _____

19   _____

20       B. (✓) History and characteristics indicate a serious risk that defendant will flee because:

21   _of his immigration status, unknown background_

22   _information, and lack of bail resources._

23   _____

24   _____

25   _____

26   _____

27       C. ( ) A serious risk exists that defendant will:

28           1. ( ) obstruct or attempt to obstruct justice;

2. ( )   threaten, injure or intimidate a witness/ juror; because:

_____

_____

_____

_____

_____

_____

D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption provided in 18 U.S.C. § 3142 (e).

IT IS ORDERED that defendant be detained prior to trial.

IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections facility separate from persons awaiting or serving sentences or person held pending appeal.

IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private consultation with his counsel.

Dated: 5/18/07

John C. Rayburn, Jr., U.S. Magistrate Judge