O

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 29 2012

CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: SA CR 07-0095-CJC |
| Plaintiff, ) | |
| vs. ) | ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Cuitlahuac Marin-Hernandez, ) | |
| Defendant. ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation(s) of the terms and conditions of (his)/her [probation] ([supervised release]), and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.   (X)   The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on undocumented alien status, numerous prior deportations

1  history of warrants, unknown background and bail resources,
2  use of numerous personal identifiers, prior probation and
3  parole violations
4  and/or

5  B.  [X]  The defendant has not met his/her burden of establishing by
6      clear and convincing evidence that he/she is not likely to pose
7      a danger to the safety of any other person or the community if
8      released under 18 U.S.C. § 3142(b) or (c). This finding is based
9      on: criminal history of violent offenses, prior illegal
10     reentry conviction

14  IT THEREFORE IS ORDERED that the defendant be detained pending
15  the further revocation proceedings.

17  Dated: 11/29/12

    /s/ Jean Rosenbluth
    JEAN ROSENBLUTH
    U.S. MAGISTRATE JUDGE